# MEMORANDUM DECISIONS.

ADRIAN, Respondent, v. ADRIAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Action by John Adrian against Rosina Adrian. No opinion. Motion denied, with $10 costs, upon the ground that the order sought to be vacated has ceased to be of any force. See 62 N. Y. Supp. 1131.

ALDEN et al., Respondents, v. CHILDS, Appellant. (Supreme Court, Appellate Division, Third Department. May 2, 1900.) Action by Henry M. Alden and others against Arthissa Childs. No opinion. Judgment affirmed, with costs.

ALDIS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 18, 1900.) Action by Adeline F. Aldis against the Metropolitan Street-Railway Company. C. F. Brown, for appellant. F. A. Camp, for respondent. No opinion. Judgment and order affirmed, with costs.

ALLEN, Appellant, v. TOWN OF ALLEN, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Action by Minnie M. Allen against the town of Allen.

PER CURIAM. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event. The question of defendant's negligence was one of fact for the jury. This court does not pass upon the question of the plaintiff's negligence, inasmuch as that question was not insisted upon or argued herein.

ALLING, Respondent, v. DAVIS, Appellant. (Supreme Court, Appellate Division, First Department. April 12, 1900.) Action by William R. Alling against Erwin Davis. M. E. Harby, for appellant. G. A. Garver, for respondent. No opinion. Judgment and order affirmed, with costs.

ALLINGER, Appellant, v. McKEOWN, Respondent. (Supreme Court, Appellate Division, First Department. April 12, 1900.) Action by William Allinger against William J. McKeown. J. P. Neuman, for appellant. E. S. Clinch, for respondent. No opinion. Judgment affirmed, with costs. See 63 N. Y. Supp. 221.

ANGEL, Respondent, v. CATHOLIC CLUB OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1900.) Action by Carl Angel against the Catholic Club of the City of New York. No opinion. Judgment and order affirmed, with costs.

In re ANTHONY. (Supreme Court, Appellate Division, Second Department. April 17, 1900.) In the matter of D. Edgar Anthony.

PER CURIAM. The attorney for the moving parties in this matter should prepare a separate order in regard to the allowance of expenses, as provided for in section 68 of the Code of Civil Procedure. Such order, under the law, must be made by the presiding justice of this court, and not by the appellate division.

ATLANTIC TRUST CO. v. HOLDSWORTH et al. (Supreme Court, Appellate Division, First Department. May 18, 1900.) Action by the Atlantic Trust Company against John A. Holdsworth and others. No opinion. Motion for leave to go to the court of appeals granted. See 63 N. Y. Supp. 756.

BACH, Respondent, v. SILVER LAKE RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 10, 1900.) Action by Joseph G. Bach against the Silver Lake Railway Company. No opinion. Judgment and order affirmed, with costs.

BALLARD et al., Respondents, v. CADY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Action by Nathaniel Ballard and others against Adelbert Cady and another. No opinion. Judgment affirmed, with costs.

In re BARBINEAU. (Supreme Court, Appellate Division, First Department. May 11, 1900.) In the matter of Mary E. Barbineau. No opinion. Motion denied. See 63 N. Y. Supp. 1104.

BARTS, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. May 2, 1900.) Action by Edward R. Barts against the state of New York. No opinion. Judgment affirmed, with costs.

BATTERSBY, Respondent, v. HILL, Appellant. (Supreme Court, Appellate Division, Third Department. May 2, 1900.) Action by John Battersby against George C. Hill. No opinion. Judgment affirmed, with costs.

BAUMANN, Appellant, v. BUDELL, Respondent. (Supreme Court, Appellate Division, Second Department. April 14, 1900.) Action by Barbara K. Baumann against Louis A. Budell. No opinion. Judgment and order unanimously affirmed, with costs.

BERGHEN, Respondent, v. PURDY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Ac-